

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00333-CV

Betty Lou **SHEERIN**,
Appellant

v.

**NORTHERN NATURAL GAS COMPANY,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-01245
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  January 16, 2013

VACATED AND DISMISSED

The parties notified the court they reached an agreement resolving the issues in this appeal and requested the appeal be abated until January 1, 2013. On November 2, 2012, the court granted appellant's unopposed motion to abate this appeal. We now reinstate the appeal on the docket of the court and, pursuant to the agreement of the parties, vacate the trial court's judgment without regard to the merits and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2(e). All costs of this appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM